1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:        (415) 436-7368
7      Facsimile:        (415) 436-7234
       Email: lowell.powell2@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        )   No. CR 11-694 MMC
                                     )
14 |      Plaintiff,                  )
                                     )   NOTICE OF DISMISSAL
15 |    v.                            )   AND ORDER THEREON
                                     )
16 | JAVIER JUAREZ REYES,             )
                                     )   SAN FRANCISCO VENUE
17 |      Defendant.                  )
                                     )
18 | _____  )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above indictment

21  without prejudice.

22

23  DATED: October 24, 2011                    _____/s/_____
                                               LOWELL C. POWELL
24                                             Special Assistant United States Attorney

25

26

27

28

NOTICE OF DISMISSAL (CR )

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] **ORDER**

Leave is granted to the government to dismiss the indictment.  **IT IS SO ORDERED.**

Date: October 25, 2011



THE HONORABLE MAXINE M. CHESNEY
United States District Judge

NOTICE OF DISMISSAL, CR 11-694 MMC     2